Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY CHRIS VAN DYKE,<br>a/k/a JERRY WITTEN,<br><br>Defendant. | NO.   MJ21-627<br><br>PRAECIPE FOR A SUMMONS |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT
       You will please issue a summons on a Complaint filed herein to:

JERRY CHRIS VAN DYKE
9032 2nd Avenue South
Seattle, WA 98108-4503

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Paula L. McCandlis, on December 10, 2021 at 2:00p.m., to answer to a Complaint charging violations of Title 18 United States Code.

DATED this 23rd day of November 2021.

*s/J, Tate London*
J. TATE LONDON
Assistant United States Attorney

**SECRET: YES** _____   **NO**   X \_\_\_\_\_

PRAECIPE FOR A SUMMONS - 1
*United States v. Van Dyke*
USAO No. 2019R00667

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970